IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

ELAINE T. HUFFMAN, et al.,

        Plaintiffs,

v.                            Case No. 11-0022-CV-W-ODS

CREDIT UNION OF TEXAS,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

___     Jury Verdict.   This action came before the Court for a trial by jury.

X     Decision by Court.   This action came to trial or hearing before the Court.

      The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the Honorable Ortrie D. Smith on March 18, 2013, Defendant's Motion for Summary Judgment (Doc. #90) is granted.

Date: March 18, 2013                    ANN THOMPSON
                                            Clerk of Court

                                            s/ RENEA KANIES
                                            By: Renea Kanies, Courtroom Deputy