# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ELAINE T. HUFFMAN and<br>CHARLENE S. SANDLER,<br><br>    Plaintiffs,<br>vs.<br><br>CREDIT UNION OF TEXAS,<br><br>    Defendant. | Case No. 11-0022-CV-W-ODS |

## NOTICE OF APPEAL

Notice is given that Plaintiffs Elaine T. Huffman and Charlene S. Sandler hereby appeal to the United States Court of Appeals for the Eighth Circuit from the Judgment in a Civil Case entered in this action on March 18, 2013 (Docket No. 103) and related Order and Opinion Granting in Part and Denying in Part Defendant's Motion for Judgment on the Pleadings and Denying Plaintiffs' Motion for Oral Argument, dated October 20, 2011 (Doc. 47), Interim Scheduling Order (Doc. 69) and Order and Opinion Granting Defendant's Motion for Summary Judgment, dated March 18, 2013 (Doc. 101).

Pursuant to 8th Cir. Rule 3B, Appellants' Form A is attached hereto.

Dated: April 16, 2013

Respectfully submitted,

WALTERS BENDER STROHBEHN & VAUGHAN, P.C.

By: /s/ R. Frederick Walters
R. Frederick Walters – Mo. Bar 25069
J. Michael Vaughan – Mo. Bar 24989
Kip D. Richards - Mo. Bar 39743
Garrett M. Hodes – Mo. Bar 50221
   2500 City Center Square
   1100 Main Street
   Kansas City, Missouri 64105
   (816) 421-6620
   (816) 421-4747 (Facsimile)

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the United States District Court for the Western District of Missouri with notice of case activity to be generated and sent electronically by the Clerk of the Court to all designated persons this **16th day of April 2013**:

/s/ R. Frederick Walters
Attorneys for Plaintiffs